### 13237. COX BROTHERS v. BROOKER LUMBER COMPANY.

LUKE, J. 1. The court did not err in any of its rulings upon the admissibility of evidence.

2. Under the facts of the case the grant of a nonsuit was not error.

    *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
              DECIDED APRIL 13, 1922.

Complaint; from Whitfield superior court — Judge Tarver. October 7, 1921.

*F. K. McCutchen, C. D. McCutchen,* for plaintiffs.
*Maddox, McCamy & Shumate,* for defendant.